**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,　　　　　CASE NO. 18-CR-735

　　　　　Plaintiff,　　　　　　　JUDGE JOHN ADAMS

　　v.　　　　　　　　　　**MOTION TO WITHDRAW DEFENDANT**
　　　　　　　　　　　　**MOHAMMAD MOHAMMAD'S BRIEF**
　　　　　　　　　　　　**TAX LOSS [DOC. 54]**

MOHAMMAD H. MOHAMMAD,

　　　　　Defendant.

Now comes Defendant Mohammad Mohammad, by and through undersigned counsel, and hereby requests that this honorable Court permit him to withdraw his Post-Hearing Brief on Tax Loss filed as Document No. 54 in this case and substitute it with a replacement brief.

Counsel or Defendant has discussed this Motion with Counsel for the United States and is advised that there is no objection to this motion.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　*/s/ J. Scott Broome*
　　　　　　　　　　　　J. Scott Broome (0042164)
　　　　　　　　　　　　J. Scott Broome & Associates Co.
　　　　　　　　　　　　1501 Chagrin River Road
　　　　　　　　　　　　Gates Mills, Ohio 44040
　　　　　　　　　　　　Phone: (440) 448-5142
　　　　　　　　　　　　Facsimile: (440) 423-1798
　　　　　　　　　　　　sbroome@broomelpa.com

　　　　　　　　　　　　*/s/Ziad Tayeh*
　　　　　　　　　　　　Ziad Tayeh (0088027)
　　　　　　　　　　　　Tayeh Law Offices, LLC
　　　　　　　　　　　　22255 Center Ridge Road, Suite 311
　　　　　　　　　　　　Rocky River, OH 44116
　　　　　　　　　　　　Phone: (440) 580-0365
　　　　　　　　　　　　Fax: (440) 359-8755

1

Email: info@Tayehlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion will be served via the Court's Electronic

filing system upon the persons listed therein on this 21st day of February, 2020.

/s/ J. Scott Broome
J. Scott Broome (0042164)
J. Scott Broome & Associates Co.
Attorney for Defendant

2